(September 27, 1993)

■ CATHERINE ANDRADE, Appellant, v VILLAGE OF PORT CHESTER et al., Respondents. [603 NYS2d 759] —Appeal by the

plaintiff from an order of the Supreme Court, Westchester County (Fredman, J.), entered June 26, 1991.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Fredman in Supreme Court. Thompson, J. P., Miller, Santucci and Joy, JJ., concur.